IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RONDELL HILL, | : | CASE NO.  20-cv-02198 |
| | : | |
| Petitioner, | : | JUDGE JOHN ADAMS |
| | : | |
| vs. | : | MAGISTRATE JUDGE CARMEN HENDERSON |
| | : | |
| ED SHELDON, | : | |
| | : | |
| Respondent. | : | |

**PETITIONER'S SECOND MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO WARDEN'S OPPOSITION TO JURISDICTION**

The petitioner, RONDELL HILL, by and through undersigned counsel, asks this Court for an additional 21 days, to and including September 12, 2022, to prepare and file a response to the Warden's recent filing opposing this Court's jurisdiction over his successor petition for habeas corpus relief. In support of this request, undersigned states the following:

1. This matter is before this Court as a second or successor petition for habeas corpus relief, which the Sixth Circuit authorized Mr. Hill to file on August 30, 2021.

2. Mr. Hill did so on November 2, 2021. That pleading claims that Hill's right to due process was violated because his conviction was based on insufficient evidence and the state courts violated federal law and constitutional provisions by denying a review of the newly discovered evidence underpinning it.

3. On July 19, 2022, the Warden filed a motion asking this court to reject Mr. Hill's claim, arguing that it is non-cognizable, that he has not demonstrated due diligence in the discovery of the new evidence that supports his claim that the evidence against him is insufficient, and that he has failed to tie the new evidence demonstrating innocence to any

cognizable constitutional trial error under which the court could perform the but for analysis contemplated under Sec. 2244(b)(2)(B)(ii).

4. This Court granted Mr. Hill's request for 14 additional days to file a response to the Warden's submission and that pleading is currently due on September 22, 2022.

5. Mr. Hill is now seeking an additional 21 days, to and including September 12, 2022, to submit that filing. The issues in this case are complicated and the matter has a lengthy factual history of which undersigned only recently became aware. The Warden's opposition could be dispositive of Mr. Hill's case. Under the circumstances, undersigned requests some additional time.

6. Undersigned has reached out to Warden's counsel who does not oppose this request.

WHEREFORE Petitioner seeks an additional 21 days, to and including September 12, 2022, to respond to the Warden's opposition to this petition.

Respectfully submitted,

/s/ Erika B. Cunliffe
ERIKA CUNLIFFE (0074480)
Peachliffe1@yahoo.com
Assistant Public Defender
Cuyahoga County Public Defender
310 Lakeside Avenue, Suite 200
Cleveland, Ohio 44113
(216) 443-8353

2

3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Stay and Hold the Proceedings in Abeyance was electronically filed on August 19, 2022, and served electronically on the Attorney General's Office and any other necessary parties.

/s/ Erika B. Cunliffe
ERIKA CUNLIFFE (0074480)
Assistant Public Defender